## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Fairway Independent Mortgage Corporation

                                    Plaintiff,

v.                                            Case No.: 1:23–cv–05139
                                            Honorable Joan H. Lefkow

Ancel Glink P.C., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Inasmuch as defendant Jungnickel has not responded to the motion for entry of judgment [99], the Court hereby grants the motion of plaintiff Fairway Independent Mortgage Corporation, as plan administrator for The Fairway Independent Mortgage Corporation Medical Plan. Enter Final Judgment Order. Motion for sanctions [90] is moot. Motion and status hearing set for 3/25/2026 is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.